NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**BAYER CROPSCIENCE AG,**
*Plaintiff-Appellant,*

v.

**DOW AGROSCIENCES LLC,**
*Defendant-Appellee.*

_____

2013-1002

_____

Appeal from the United States District Court for the District of Delaware in case no. 10-CV-1045, Judge Renee Marie Bumb.

_____

**ON MOTION**

_____

**ORDER**

Bayer CropScience AG moves to reform the caption to indicate that Dow Agrosciences LLC is an appellee.

Upon consideration thereof,

IT IS ORDERED THAT:

BAYER CROPSCIENCE AG v. DOW AGROSCIENCES LLC                2

The motion is granted.  The revised official caption is reflected above.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s25